NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TETRA TECH, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2020-1489

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00133-RHH, Senior Judge Robert H. Hodges Jr.

---

**JUDGMENT**

---

TYLER J. STORTI, Stewart Sokol & Larkin LLC, Portland, OR, argued for plaintiff-appellant. Also represented by JOHN SPENCER STEWART.

JIMMY MCBIRNEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JEFFREY B. CLARK, SR., STEVEN JOHN GILLINGHAM, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2022        /s/ Peter R. Marksteiner
        Date                  Peter R. Marksteiner
                              Clerk of Court